### (September 14, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PERCY CAMPBELL REED and RICHARD F. ROBERTS, Respondents.— Appeal dismissed in view of the decision in *People* v. *Reed* (*ante*, p. 214), decided herewith. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

### (September 30, 1937.)

In the Matter of the Application of BRUCE A. HOOD, Appellant, v. E. FREDERICK EILERT and JAMES H. SULLIVAN, Constituting the Board of Elections of the County of Westchester, and WILLIAM H. MCCABE, as City Clerk of the City of Yonkers, Respondents; HORACE M. GRAY, Intervenor, Respondent.— On argument, order unanimously affirmed, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

## THIRD DEPARTMENT, SEPTEMBER, 1937.
### (September 15, 1937.)

In the Matter of the Claim of MARIA CHILA, Appellant, against NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 575.] In the opinion of this court a question of law has arisen in this cause which ought to be reviewed by the Court of Appeals, which question of law this court hereby certifies as follows: Upon the record herein did the fatal injury to decedent, Diego Chila, arise, as matter of law, out of and in the course of his employment? Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

### (September 21, 1937.)

In the Matter of the Claim of PAUL S. BENNETT, Appellant, against STONELEIGH FARMS, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to prosecute appeal on typewritten papers, and as a poor person, granted. Jesse Morton Freed, Esq., having filed his written consent to act as attorney on the appeal, he is so designated. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents.

In the Matter of the Claim of ANDREW CONKLIN, Appellant, against A. R. DOWD COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.